PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent, v. ANNA ROM, FRANK W. ROM, Also Known as F. WALTER ROM, Also Known as WALTER ROM, Appellants, and RIDGEWOOD SAVINGS BANK, Defendant.— Action to set aside the transfer to defendant Frank W. Rom of a certain bank deposit by defendant Anna Rom. Order denying appellants' motion to vacate the subpœna and notice for the examination before trial of one Florence Honigman as a witness on behalf of plaintiff affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur. [176 Misc. 200.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX FINE, Appellant, v. BERT TRUESDELL, Undersheriff of the County of Orange, New York, Respondent.— Order of the Supreme Court, Orange County, Extraordinary Term, dismissing a writ of habeas corpus, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK SCHOOL FOR THE DEAF, Appellant, v. HOWARD E. TOWNSEND and Others, as Assessors of the Town of Greenburgh, New York, Respondents.— Appeal from a judgment in four certiorari proceedings, dismissing writs of certiorari in so far as they raised the issue of illegality of certain assessments on appellant's property for Knollwood Water District, Fairview Fire District, Fairview Ash and Garbage Disposal District, and Park Ridge Sewer District, in the town of Greenburgh, county of Westchester. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [173 Misc. 906.]